| Attorney or Party without Attorney:<br>STEVEN C. DAWSON (SBN 006674)<br>Dawson & Rosenthal<br>25 Schnebly Hill Rd<br>Sedona, AZ 86336<br>Telephone No: 928-282-3111 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: SOUND PHYSICIANS | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | |
| Plaintiff: COGENT HEALTCARE OF ARIZONA, P.C.; ET AL.<br>Defendant: BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC.; ET AL. | | |
| **CERTIFICATE OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>2:23-CV-02119-DLR |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER

3. a. Party served:   BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC.
   b. Person served:  Darren Marchner - Security Officer - Authorized to Accept

4. Address where the party was served:   2444 W Las Palmaritas Dr, Phoenix, AZ 85021

5. I served the party:
   a. **by substituted service.**   On: Mon, Oct 16 2023 at: 11:46 AM by leaving the copies with or in the presence of:
   Darren Marchner - Security Officer - Authorized to Accept , Caucasian , Male , Age: 55 , Hair: Brown , Eyes: Brown , Description: Glasses Seated .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $20.75, Mileage: $24.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $54.75

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Eric Henningsen MC-7129, Maricopa County
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

10/16/2023
(Date)

*(Signature)*

CERTIFICATE OF SERVICE

9758723 (10519472)