**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Randy Papetti** (State Bar No. 014586)
Direct Dial: 480.800.3525
Email: rpapetti@PSWMlaw.com

**Todd D. Erb** (State Bar No. 027122)
Direct Dial: 480.800.3524
Email: terb@PSWMlaw.com

**Hannah G. Dolski** (State Bar No. 034793)
Direct Dial: 480.800.3534
Email: hdolski@PSWMlaw.com

*Attorneys for Blue Cross and Blue Shield of Arizona, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cogent Healthcare of Arizona, P.C.; Sound Physician Intensivists of Arizona, Inc.; Sound Physicians Emergency Medicine of Arizona, Inc.; and Hospitalist Medicine Physicians of Arizona - Nogales Inc., <br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross and Blue Shield of Arizona, Inc.,<br><br>Defendant. | Case No. 23-cv-02119-DLR<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Blue Cross and Blue Shield of Arizona and Plaintiffs Cogent Healthcare of Arizona, P.C., Sound Physicians Intensivists of Arizona, Inc., Sound Physicians Emergency Medicine of Arizona, Inc., and Hospitalist Medicine Physicians of Arizona – Nogales, Inc. stipulate that Defendant's deadline to respond to the Complaint (Doc. 1) shall be extended by fifteen days, from November 6, 2023, to November 21, 2023. Defendant's counsel, who was only recently retained, requested this extension to allow sufficient time to review relevant documents and adequately prepare a response to the Complaint.

A proposed form of order has been lodged with this stipulation.

DATED this 3rd day of November, 2023.

PAPETTI SAMUELS WEISS MCKIRGAN LLP

/s/Todd D. Erb
Randy Papetti
Todd D. Erb
Hannah G. Dolski
*Attorneys for Defendant Blue Cross and Blue Shield of Arizona, Inc.*

DAWSON & ROSENTHAL

/s/Steven C. Dawson
Steven C. Dawson
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew M. Lavin (pro hac vice anticipated)
Jeffrey S. Jacobovitz (pro hac vice anticipated)
Nicole E. Wemhoff (pro hac vice anticipated)
Arnall Golden Gregory LLP
2100 Pennsylvania Ave. NW, Ste. 350S
Washington, DC 20037
matt.lavin@agg.com
jeffrey.jacobovitz@agg.com
nicole.wemhoff@agg.com

Steven C. Dawson
Dawson & Rosenthal, P.C.
25 Schnebly Hill Rd.
Sedona, AZ 86336
dandr@dawsonandrosenthal.com

*Attorneys for Plaintiffs*

/s/Joye Allen