1

**PAPETTI SAMUELS WEISS MCKIRGAN LLP**

2
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

3
**Randy Papetti** (State Bar No. 014586)
Direct Dial: 480.800.3525
Email: rpapetti@PSWMlaw.com

4
**Todd D. Erb** (State Bar No. 027122)
Direct Dial: 480.800.3524

5
Email: terb@PSWMlaw.com

**Hannah G. Dolski** (State Bar No. 034793)

6
Direct Dial: 480.800.3534
Email: hdolski@PSWMlaw.com

7
*Attorneys for Blue Cross and Blue Shield of Arizona, Inc.*

8

9

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

10

11
Cogent Healthcare of Arizona, P.C.; Sound
Physician Intensivists of Arizona, Inc.;

Case No. 23-cv-02119-DLR

12
Sound Physicians Emergency Medicine of
Arizona, Inc.; and Hospitalist Medicine
Physicians of Arizona - Nogales Inc.,

**STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO**

13
**COMPLAINT (SECOND REQUEST)**

Plaintiffs,

14
**-AND-**

v.

15
**STIPULATION REGARDING
PROPOSED BRIEFING SCHEDULE**

16
Blue Cross and Blue Shield of Arizona,
Inc.,

**FOR MOTION TO DISMISS**

17
Defendant.

18          Defendant Blue Cross and Blue Shield of Arizona and Plaintiffs Cogent

19   Healthcare of Arizona, P.C., Sound Physicians Intensivists of Arizona, Inc., Sound

20   Physicians Emergency Medicine of Arizona, Inc., and Hospitalist Medicine Physicians

21   of Arizona – Nogales, Inc. recently conferred pursuant to LRCiv 12.1 regarding

22   Defendant's intention to file a motion to dismiss Plaintiffs' Complaint (Doc. 1). The

23   parties further conferred regarding potential scheduling conflicts that could impact the

24   briefing of Defendants' forthcoming motion, including their respective workloads, filing

25   deadlines in other cases, and anticipated vacation time during the upcoming holidays. In

26   light of these discussions, and to ensure that each party will have sufficient time to fully

27   and fairly brief their respective positions on a dispositive motion, the parties have

28   stipulated and agreed to the following briefing schedule for Defendant's forthcoming

motion to dismiss:

| | |
|---|---|
| Deadline for Defendants to File Motion to Dismiss | **December 5, 2023** |
| Deadline for Response to Motion to Dismiss | **January 9, 2024** |
| Deadline for Reply in Support of Motion to Dismiss | **January 22, 2024** |

The parties' intent in coordinating and proposing the above briefing schedule is to obviate the need for future stipulations under LRCiv 7.3 relating to the briefing of Defendant's forthcoming motion.

A proposed form of order has been lodged with this stipulation.

DATED this 20th day of November, 2023.

PAPETTI SAMUELS WEISS MCKIRGAN LLP

/s/Todd D. Erb
Randy Papetti
Todd D. Erb
Hannah G. Dolski
*Attorneys for Defendant Blue Cross and
Blue Shield of Arizona, Inc.*

DAWSON & ROSENTHAL

/s/Steven C. Dawson
Steven C. Dawson
*Attorneys for Plaintiffs*

Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

PSWM

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew M. Lavin (pro hac vice anticipated)
Jeffrey S. Jacobovitz (pro hac vice anticipated)
Nicole E. Wemhoff (pro hac vice anticipated)
Arnall Golden Gregory LLP
2100 Pennsylvania Ave. NW, Ste. 350S
Washington, DC 20037
matt.lavin@agg.com
jeffrey.jacobovitz@agg.com
nicole.wemhoff@agg.com

Steven C. Dawson
Dawson & Rosenthal, P.C.
25 Schnebly Hill Rd.
Sedona, AZ 86336
dandr@dawsonandrosenthal.com

*Attorneys for Plaintiffs*

/s/Joye Allen

Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

PSWM