**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Randy Papetti** (State Bar No. 014586)
Direct Dial: 480.800.3525
Email: rpapetti@PSWMlaw.com

**Todd D. Erb** (State Bar No. 027122)
Direct Dial: 480.800.3524
Email: terb@PSWMlaw.com

**Hannah G. Dolski** (State Bar No. 034793)
Direct Dial: 480.800.3534
Email: hdolski@PSWMlaw.com

*Attorneys for Blue Cross and Blue Shield of Arizona, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cogent Healthcare of Arizona, P.C.; Sound Physician Intensivists of Arizona, Inc.; Sound Physicians Emergency Medicine of Arizona, Inc.; and Hospitalist Medicine Physicians of Arizona - Nogales Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Blue Cross and Blue Shield of Arizona, Inc., <br><br> Defendant. | Case No. 23-cv-02119-DLR <br><br> **DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON MOTION TO DISMISS** |

Pursuant to LRCiv. 7.2(e)(1), Defendant Blue Cross and Blue Shield of Arizona, Inc. ("BCBSAZ") moves for permission to exceed the page limit for its forthcoming Motion to Dismiss by three pages (for a total 20-page limit). Plaintiffs' Complaint asserts six causes of action, including claims alleging antitrust violations, liability under various common law and statutory theories, and requests for declaratory and injunctive relief. BCBSAZ's forthcoming Motion to Dismiss will separately address each of the six causes of action asserted by Plaintiffs. Due to the numerosity and the complexity of the legal issues in dispute, BCBSAZ requires additional space to appropriately address its position on each claim asserted by Plaintiffs. Accordingly, BCBSAZ respectfully requests the Court grant it leave to file a brief in support of its Motion to Dismiss that is up to 20 pages in length.

Counsel for BCBSAZ has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

A proposed form of order has been lodged with this unopposed motion.

DATED this 29th day of November, 2023.

PAPETTI SAMUELS WEISS MCKIRGAN LLP

/s/Todd D. Erb
Randy Papetti
Todd D. Erb
Hannah G. Dolski
*Attorneys for Defendant Blue Cross and Blue Shield of Arizona, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of November, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew M. Lavin (pro hac vice anticipated)
Jeffrey S. Jacobovitz (pro hac vice anticipated)
Nicole E. Wemhoff (pro hac vice anticipated)
Arnall Golden Gregory LLP
2100 Pennsylvania Ave. NW, Ste. 350S
Washington, DC 20037
matt.lavin@agg.com
jeffrey.jacobovitz@agg.com
nicole.wemhoff@agg.com

Steven C. Dawson
Dawson & Rosenthal, P.C.
25 Schnebly Hill Rd.
Sedona, AZ 86336
dandr@dawsonandrosenthal.com

*Attorneys for Plaintiffs*

/s/Joye Allen

3